IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMTERICA | ) | |
| | ) | |
| v. | ) | 1:15-CR-261-1 |
| | ) | |
| JOTHAM WALKER PRUITT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOR CONTINUANCE

This matter is now before the Court on the Government's Motion to Continue Sentencing. For the reasons set forth in the motion, the motion is GRANTED, and sentencing is continued until January 13, 2016 in Courtroom 3 at 9:30 a.m.

This the 27th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE